IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 19-1690 (CFC) |
| MIMECAST NORTH AMERICA, | ) |
| INC., MIMECAST UK LIMITED and | ) **JURY TRIAL DEMANDED** |
| MIMECAST SERVICES LTD., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101, Defendants Mimecast North America, Inc., Mimecast UK Limited, and Mimecast Services Ltd. (collectively, "Mimecast") move the Court for an Order dismissing Plaintiff's Second Amended Complaint (D.I. 29) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Mimecast's Opening Brief filed contemporaneously herewith.

OF COUNSEL:

Maximilian A. Grant
Gabriel K. Bell
Diane Elizabeth Ghrist
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004-1304
(202) 637-2200

Richard G. Frenkel
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

May 22, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer A. Ward*

Jack B. Blumenfeld (#1014)
Jennifer A. Ward (#6476)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jward@mnat.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZAPFRAUD, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 19-1690 (CFC) |
| MIMECAST NORTH AMERICA, | ) |
| INC., MIMECAST UK LIMITED and | ) |
| MIMECAST SERVICES LTD., | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER

WHEREAS, Defendants Mimecast North America, Inc., Mimecast UK Limited, and Mimecast Services Ltd., having moved to dismiss the Second Amended Complaint (D.I. 29) pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 101 (the "Motion"), and

WHEREAS, the Court having considered the Motion and any opposition thereto,

IT IS HEREBY ORDERED this _____ day of _____, 20___ that the Motion is **GRANTED**.

_____
The Honorable Colm F. Connolly

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 22, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Jonas McDavit, Esquire<br>Wen Xue, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer A. Ward*
_____
Jennifer A. Ward (#6476)